**Honorable John C. Coughenour**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANE COLLINS,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,<br><br>    Defendant. | No. 2:23-CV-01959-JCC<br><br>**STIPULATED MOTION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINE**<br><br>**NOTED ON MOTION CALENDAR: DECEMBER 5, 2024** |

## STIPULATED MOTION

Defendant American Bankers Insurance Company of Florida and Plaintiff Shane Collins jointly move the Court to extend the deadlines for response and reply briefing on Plaintiff's Motion for Partial Summary Judgment. Dkt. 21. The parties have scheduled a mediation for December 9, 2024, and wish to defer the cost of further briefing prior to attempting to settle their dispute. The parties therefore jointly request that the response deadline Plaintiff's motion be extended to December 23, 2024, and that any reply papers be filed on or before January 3, 2025. Accordingly, the parties request the motion be re-noted to January 3, 2025.

STIPULATED MOTION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINE – 1
Cause No.: 2:23-cv-01959-JCC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

It is so moved and stipulated:

| | |
|---|---|
| DATED this 5th day of December, 2024 | DATED this 5th day of December, 2024 |
| LAW OFFICE OF WILLIAM E. PIERSON, JR. P.C. | FORSBERG & UMLAUF, P.S. |

*s/ William E. Pierson, (electronic permission)*
Mr. William E. Pierson, Jr.. WSBA #13619
Attorney for Plaintiff

*s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA #34158
Attorney for Defendants

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that Defendant's response to Plaintiff's Motion for Partial Summary Judgment (Dkt. 21) shall be filed on or before December 23, 2024, and Plaintiff's reply be filed on or before January 3, 2025. Plaintiff's Motion of Partial Summary Judgment is re-noted to January 3, 2025.

DONE this 5th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE

*Presented by:*

FORSBERG & UMLAUF, P.S.

*s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA #34158
*Attorneys for Defendant*

LAW OFFICE OF WILLIAM E. PIERSON, JR. P.C.

STIPULATED MOTION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINE – 2
Cause No.: 2:23-cv-01959-JCC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

1

2  *s/ William E. Pierson, (electronic permission)*
   Mr. William E. Pierson, Jr.. WSBA #13619
3  *Attorney for Plaintiff*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION TO EXTEND DEADLINES FOR SUMMARY JUDGMENT RESPONSE AND REPLY DEADLINE – 3
Cause No.:  2:23-cv-01959-JCC

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX