THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANE COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>　　　　　Defendant. | CASE NO. C23-1959-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　The parties inform the Court that they have reached a settlement to resolve the action. (Dkt. No. 27.) Accordingly, the bench trial set for February 18, 2025, as well as all related deadlines and pending motions, shall be VACATED. The parties are ORDERED to file a notice or stipulation of dismissal within thirty (30) days.

　　　DATED this 26th day of December 2024.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Kathleen Albert
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER, C23-1959-JCC
PAGE - 1